UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AARON EUGENE NEWSOME,

    Plaintiff,

v.                                                  Case No. 6:18-cv-2178-Orl-37GJK

CENTURION OF FLORIDA, LLC;
JASON BRENES-CATINCHI; BOBBIE
L. CANNON; and VERONICA L.
BAKER,

    Defendants.

## **ORDER**

Before the Court is Plaintiff's Response to the Supplemental Order to Show Cause and Motion for Leave to file a Second Amended Complaint. (Doc. 41.) On review, the Court will discharge its Order to Show Cause (Doc. 37) and Supplemental Order to Show Cause (Doc. 39) and grant the motion for leave to file a second amended complaint, which Defendants' do not oppose (Doc. 41, p. 3). Accordingly, Defendants' motion to dismiss is due to be denied as moot. (Doc. 34.) Plaintiff is directed to file the amended complaint as a separate docket entry—it appears Plaintiff has settled his claims against Defendants Jason Brenes-Catinchi, Bobbie L. Cannon, and Veronica L. Baker, so Plaintiff may modify the amended complaint accordingly. (*See* Doc. 40 (Plaintiff's notice of partial settlement).) By separate order, the Court will dismiss those defendants as parties to this action.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Court **DISCHARGES** its Order to Show Cause (Doc. 37) and

Supplemental Order to Show Cause (Doc. 39.)

2. Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 41) is **GRANTED**.

3. On or before Monday, **July 29, 2019**, Plaintiff is **DIRECTED** to file the Second Amended Complaint.

4. Defendants' Motion to Dismiss (Doc. 34) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 25, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record