UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AARON EUGENE NEWSOME,

    Plaintiff,

v.                                        CASE NO. 6:18-cv-2178-Orl-37GJK

CENTURION OF FLORIDA, LLC,

    Defendant.
_____/

## MEDIATION REPORT

A Mediation Conference was held in the above-captioned matter by Kelly Overstreet Johnson, Certified Circuit Civil Mediator, Certification No. 21645R, on February 20, 2020. The parties amicably resolved this case, and a signed Agreement was executed.

Dated this 25th day of February, 2020.

                Respectfully Submitted,

                By: s/ Kelly Overstreet Johnson
                KELLY OVERSTREET JOHNSON
                Fla. Bar I.D.# 0354163
                CERTIFIED CIRCUIT CIVIL MEDIATOR
                Certification No. 21645R
                Email: kjohnson@bakerdonelson.com
                Secondary: calford@bakerdonelson.com
                Secondary: lterry@bakerdonelson.com
                BAKER, DONELSON, BEARMAN,
                CALDWELL & BERKOWITZ, PC
                Monroe Park Tower
                101 N. Monroe Street, Suite 925
                Tallahassee, Florida  32301
                Phone: (850) 425-7500; Fax: (850) 270-6706

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served Electronically via E-Service through the CM/ECF system upon GARY LEE PRINTY, ESQUIRE (attygaryprinty@gmail.com), Gary Lee Printy, Attorney at Law (Attorney for Plaintiff) and to ANA C. FRANCOLIN DOLNEY, ESQUIRE (afrancolin@cmlawfirm.com), Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP (Attorney for Defendant), this 25th day of February, 2020.

By: s/ Kelly Overstreet Johnson<br>
Kelly Overstreet Johnson, Mediator