UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AARON EUGENE NEWSOME,

        Plaintiff,

v.                                                       Case No:  6:18-cv-2178-Orl-37LRH

CENTURION OF FLORIDA, LLC,

        Defendant.
_____

### ORDER OF DISMISSAL

This cause is before the Court upon the Mediation Report (Doc. 56) indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 27, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record